UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:17-cv-61734-RNS

PHILIP L. FRYBERGH,

   Plaintiff,
vs.

ALLY FINANCIAL INC.,

   Defendant.
_____/

**NOTICE OF PENDING SETTLEMENT**

  Plaintiff, PHILIP L. FRYBERGH, by and through undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a verbal settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. The parties expect to file the appropriate dismissal documents within thirty (30) days.

        Respectfully Submitted,

By: */s/ Yechezkel Rodal*
   Yechezkel Rodal, Esq.
   Florida Bar No.: 91210
   chezky@rodallaw.com

**Rodal Law, P.A.**
3201 Griffin Road, Suite 203 ● Dania Beach, Florida 33312 ● Telephone (954) 367-5308 ● Facsimile (954) 900-1208
www.Rodallaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on March 21, 2018 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Justin Wong, Esq.
Troutman Sanders LLP
600 Peachtree Street, N.E., Suite 5200
Atlanta, GA 30308-2216
Telephone: (404) 885-3974
Facsimile: (404) 885-3900
Justin.wong@troutman.com
Service by CM/ECF

        Rodal Law, P.A.
        *Attorneys for Plaintiffs*
        3201 Griffin Road, Ste. 203
        Dania Beach, FL 33312
        Telephone: (954) 367-5308
        Facsimile:  (954) 900-1208

        */s/Yechezkel Rodal*
        Yechezkel Rodal, Esq.
        Florida Bar No. 91210
        chezky@rodallaw.com